# Exhibit A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FACEBOOK, INC., a Delaware corporation; and DOES 1-10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

EMMA CASTILLO, an individual

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| **ELECTRONICALLY FILED** |
| Superior Court of California, |
| County of San Diego |
| **12/01/2017** at 08:00:00 AM |
| Clerk of the Superior Court |
| By Bryant Schmelzel, Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*

San Diego County Superior Court, Central Division
330 W Broadway; San Diego CA 92101

CASE NUMBER:
*(Número del Caso):* 37-2017-00046223-CU-NP-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Thomas R. Foley; 555 Saturn BLVD, STE B-1021; San Diego CA 92154  Tel:714-277-4496

DATE: 12/04/2017                                  Clerk, by  *B. Schmelzel*                              , Deputy
*(Fecha)*                                         *(Secretario)*                                           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A, Page 6

Thomas Foley (SBN 173873)
FOLEY LAW OFFICE
555 Saturn BLVD, STE B-1021
San Diego, California 92154
(714) 277-4496
Facsimile: (714) 908-7235

**Counsel for Plaintiff Emma Castillo**

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
**12/01/2017** at 08:00:00 AM
Clerk of the Superior Court
By Bryant Schmelzel, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| EMMA CASTILLO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 37-2017-00046223-CU-NP-CTL <br><br> **COMPLAINT FOR:** <br><br> **(1) VIOLATION OF 47 U.S.C. § 227 <u>ET SEQ.</u>** <br><br> **(2) VIOLATION OF BUSINESS & PROFESSIONS CODE SECTION 17538.41** <br><br> **(3) VIOLATION OF BUSINESS & PROFESSIONS CODE SECTION 17200 <u>ET SEQ.</u>** <br><br> **DEMAND FOR JURY TRIAL** |

1

*COMPLAINT*

Plaintiff Emma Castillo alleges as follows:

## PARTIES AND JURISDICTION

1. At all times material hereto, Defendant Facebook, Inc. was and is a Delaware corporation doing business in San Diego County, California and throughout California, and which has its headquarters in California. Defendant operates the popular social media site Facebook.

2. The names of Does 1-10 are at present unknown to Ms. Castillo but are believed to be agents and employees of Defendant and other persons or entities involved in the subject matter of this Complaint, or alter egos of Defendant. Ms. Castillo will seek leave of the court to amend this Complaint once the true names of the Does become known.

3. All parties have substantial contacts with San Diego County.

## FIRST CAUSE OF ACTION
### (For Violation of 47 U.S.C. § 227 et seq.)

4. Ms. Castillo realleges and incorporates herein by reference each and every allegation set forth herein above in paragraphs 1 through 3, inclusive.

5. The Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. (the "TCPA"), among other things, makes it unlawful for any person or entity to use an automated dialing system to send a text message to a cell phone without the prior express written consent of the receiving person.

6. Ms. Castillo never provided her cell phone number to Defendant and did not in any way consent to receive text messages from Defendant. Nevertheless, Defendant has within the past several months sent at least six text messages to Ms. Castillo's cell phone. The content of all of these messages promoted use of Defendant's social media site, sometimes referring to Ms. Castillo as "Oscar." Defendant is a public company which has stated in its financial disclosures that it derives advertising revenue based upon user traffic. Text messages such as those it sent to Ms. Castillo are part of Defendant's efforts to driver user traffic and increase its revenues.

7. Defendant employs computer software to scan its account and user data in order to identify, based upon pre-programmed criteria, users whom it wants to encourage to further

engage with its service. A computerized platform then generates and sends automated text messages to cell phone numbers in Defendant's database. Defendant used this process to generate and send its messages to Ms. Castillo. No human intervention was involved in sending the messages to Ms. Castillo as no human being typed in Ms. Castillo's cell phone number or hit "send." Defendant sent the messages to Ms. Castillo through an entirely automated process.

8. Because Ms. Castillo did not provide her cell phone number to Defendant and never consented to receive text messages from Defendant, all of Defendant's automated text messages to her violated the TCPA. It is unknown to Ms. Castillo how Defendant obtained her cell phone number, but "mistake" is not a defense to TCPA strict liability.

9. As a direct and proximate result of Defendant's intentional misconduct and repeated violations of the TCPA, Ms. Castillo has sustained direct and consequential damages, including the additional use of her cell phone and disruption of her privacy and solitude. The precise amount of damages have not yet been calculated but will be proven at trial. In addition to actual damages, Ms. Castillo is also entitled to collect statutory penalties of at least $500.00 for each and every text message and such amount should be trebled because Defendant's violations were wilful and based upon its intentional actions.

10. Under the TCPA, Ms. Castillo is also entitled to recover all of her costs and attorney's fees incurred in this action.

## SECOND CAUSE OF ACTION

**(For Violation of Business & Professions Code Section 17538.41)**

11. Ms. Castillo realleges and incorporates herein by reference each and every allegation set forth herein above in paragraphs 1 through 3, inclusive, and paragraphs 5 through 10, inclusive

12. California Business & Professions Code Section 17538.41 prohibits any person or entity from sending an advertising text message to a cell phone without the receiving person's consent. As outlined in more detail above, Defendant has sent at least six text messages to Ms. Castillo's cell phone without her consent.

13. These text messages were advertising as defined in Section 17538.41 because the principal purpose of the messages was to promote the sale of goods and services. This is true in multiple ways, to wit: Defendant's text messages promoted traffic to its social media service, which, in turn, derives most or all of its revenue from advertisements the purpose of which is to sell goods and services to the website's users.

14. Ms. Castillo seeks damages for Defendant's intentional violations of Section 17538.41 and injunctive relief prohibiting Defendant from continuing to engage in this unlawful conduct.

### THIRD CAUSE OF ACTION

### (For Violation of Business & Professions Code Section 17200 et seq.)

15. Ms. Castillo realleges and incorporates herein by reference each and every allegation set forth herein above in paragraphs 1 through 3, inclusive, paragraphs 5 through 10, inclusive, and paragraphs 12-14, inclusive.

16. As outlined in more detail above, Defendant has engaged in illegal, unethical and unscrupulous business practices in violation of the TCPA and California Business & Professions Code Section 17538.41 and otherwise. Ms. Castillo has personally suffered harm as a result of Defendant's practices. Defendant's inappropriate business practices are ongoing.

17. Defendant has therefore violated California Business & Professions Code Section 17200 et seq., and through its business practices continues to commit such violations.

18. An injunction ordering Defendant to cease its unfair business practices should be issued. Unless such an injunction is issued, members of the California public will continue to be subjected to Defendant's illegal and unfair business practices. Defendant should also be required to provide restitution of any ill-gotten gains from its unfair business practices.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Ms. Castillo prays for judgment as follows:

On the FIRST CAUSE OF ACTION:

1. For compensatory damages against Defendant in an amount to be proven at trial;
2. For maximum statutory penalties;
3. For attorney's fees and costs of suit incurred herein; and
4. For such other and further relief as the Court deems just and proper.

On the SECOND CAUSE OF ACTION:

1. For compensatory damages against Defendant in an amount to be proven at trial;
2. For attorney's fees and costs of suit incurred herein; and
3. For such other and further relief as the Court deems just and proper.

On the THIRD CAUSE OF ACTION:

1. For an injunction ordering Defendant to cease its unfair business practices;
2. For restitution of any ill-gotten gains obtained by Defendant as a result of its unfair business practices.
3. For attorney's fees and costs of suit incurred herein;
4. For such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff Ms. Castillo also hereby demands a trial by jury on all causes of action in this Complaint as allowed by law.

DATED: November 27, 2017          Respectfully submitted,

By: _____//S//_____
Thomas R. Foley
Counsel for Plaintiff Emma Castillo