| | |
|---|---|
| 1 | **Thomas Foley (SBN 173873)** |
| 2 | **555 Saturn BLVD, STE B-1021** |
|   | **San Diego, California 92154** |
|   | **(714) 277-4496** |
| 3 | **Facsimile: (714) 908-7235** |
| 4 | **Counsel for Plaintiff Emma Castillo** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMA CASTILLO, an individual, | ) | CASE NO.: 3:18-cv-00004-MMA-JLB |
|    Plaintiff, | ) | Hon. Judge Michael M. Anello |
|    v. | ) | Hon. Mag. Judge Jill L. Burkhardt |
| FACEBOOK, INC., a Delaware corporation; and DOES 1-10, inclusive, | ) | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(I)** |
|    Defendants. | ) | |

1

*NOTICE OF DISMISSAL*

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), Plaintiff Emma Castillo, through her counsel of record, dismisses her Complaint with prejudice.

No defendant has filed either an answer or a motion for summary judgment and dismissal by notice is appropriate.  F.R.C.P. 41(a)(1)(A)(I).

DATED: March 1, 2018                              Respectfully submitted,


                                                  By: _____//ss// *Thomas Foley*_____
                                                       Thomas Foley
                                                       Counsel for Plaintiff Emma Castillo